**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:11-cv-00667-LRH-WGC |
| ) | |
| v. ) | |
| ) | |
| PATRINA ANN ALEXANDER, ) | |
| ) | **DEFAULT JUDGMENT AGAINST** |
| Defendant. ) | **PATRINA ANN ALEXANDER** |
| ) | |

This cause coming on to be heard on the Plaintiff's Motion for Default Judgment, the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Default judgment is hereby entered in favor of the Plaintiff and against Defendant Patrina Ann Alexander; and

2. Damages are awarded to the Plaintiff as follows:

   Treble damages     $ 26,121.00

   Civil penalties    $ 11,000.00

   Total award        $ 37,121.00

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 26th day of June, 2012